UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES COOPER,<br><br>　　　　Petitioner<br><br>v.<br><br>KENNETH JONES, WARDEN,<br>and THE ATTORNEY GENERAL<br>OF THE STATE OF ALABAMA,<br><br>　　　　Respondents | Case No. 2:07-cv-00137-KOB-HGD |

## **FINAL JUDGMENT**

On July 1, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. Petitioner obtained an extension of time to September 30, 2008, in which to file objections to the report and recommendation. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and therefore ORDERS that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

DONE this the 14th day of October, 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE